UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.1:25-cv-12702-FDS

SAMUEL MARLAR,

    Plaintiff,

v.

CITY OF AMESBURY,
AMESBURY POLICE DEPARTMENT,
CRAIG BAILEY,
And CHARLES SCIACCA.

    Defendants

## CERTIFICATE PURSUANT TO L.R. 16.1(D)(3)

I, Kassandra Grove, certify that I have conferred and discussed the establishment of a budget for the course of conducting litigation in the captioned matter as well as the consideration of the resolution of litigation through alternative dispute resolution.

Defendant

*Kassandra Gove* (signature)

Kassandra Gove, Mayor
For the City of Amesbury

*/s/ Joseph Mongiardo*
Douglas I. Louison (BBO# 545191)
dlouison@lccplaw.com
Joseph A. Mongiardo (BBO# 710670)
jmongiardo@lccplaw.com
Louison, Costello, Condon & Pfaff, LLP
Ten Post Office Square, Suite 1330
Boston, MA 02109
(617) 439-0305

## CERTIFICATE OF SERVICE

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants.

                                                        */s/ Joseph Mongiardo*
                                                        Joseph A. Mongiardo